```
                                    FILED
                        CLERK, U.S. DISTRICT COURT

                              AUG 1 2 2024

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 24-0347-FLA-1 |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| ) | [Fed. R. Crim. P. 32.1(a)(6); |
| Jose de Jesus Mejia, ) | 18 U.S.C. § 3143(a)] |
| Defendant. ) | |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District/Calif. for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on apparent ongoing substance abuse, numerous

1 failures to report for drug testing o̶r̶ per requirements of ~to probation officer
2 release; numerous failures to report for counseling; supervising
3 agency unable to get in touch with him
4 (and)/or
5 B.   (✓)  The defendant has not met (his)/her burden of establishing by
6       clear and convincing evidence that (he)/she is not likely to pose
7       a danger to the safety of any other person or the community if
8       released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9       on: charged with another crime while on supervision,
10      apparent ongoing substance abuse

14      IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

17  Dated:  8/12/24                    _____
                                        JEAN ROSENBLUTH
18                                      U.S. MAGISTRATE JUDGE